**THIRD DIVISION**
**DOYLE, P.J., AND MILLER, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**August 8, 2013**

# In the Court of Appeals of Georgia

A11A1688, A11A2146, A11A2281. LUANGKHOT v. THE STATE; SALEUMSKY v. THE STATE; PHOMMACHANH v. THE STATE.

MILLER, Judge.

In *Luangkhot v. State*, 292 Ga. 423 (736 SE2d 397) (2013), the Supreme Court of Georgia reversed the judgment of this Court in *Luangkhot v. State*, 313 Ga. App. 599 (722 SE2d 193) (2012). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ellington, P.J., and Doyle, P.J., concur.*